

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTIN BOWE**<br>*Senior Counsel*<br>Tel: (212) 356-0894<br>Cell: (646) 498-7178 |

June 3, 2020

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *M.K. et al. v. N.Y.C. Dep't of Educ.,* 20-cv-03947 (VSB)(SLC)

Dear Judge Broderick:

    I am Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action.

    I write to respectfully request an extension of Defendant's time to respond to the complaint, from June 12 to August 12, 2020. This is the first request by the Defendant for an extension. Plaintiffs consent to this request. The requested extension should provide Defendant with sufficient time to review counsel's timesheets, review the underlying administrative record, and attempt to settle this action.

    Accordingly, Defendant respectfully requests that its time to respond to the complaint be extended to August 10, 2020.

    Thank you for considering this request.

                                                          Respectfully submitted,

                                                            */s/*
                                                          Martin Bowe
                                                          Senior Counsel

cc:    Adam Dayan, Esq (via ECF)